UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| RODNEY A. DANIEL, | : | CASE NO. 19-66519 - LRC |
| | : | |
| DEBTOR. | : | |
| | : | |
| NANCY J. GARGULA, | : | |
| UNITED STATES TRUSTEE, | : | |
| | : | |
| MOVANT, | : | |
| vs. | : | CONTESTED MATTER |
| | : | |
| RODNEY A. DANIEL, | : | |
| | : | |
| RESPONDENT. | : | |

**NOTICE OF HEARING ON UNITED STATES TRUSTEE'S
MOTION TO DISMISS CASE WITH MINIMUM FIVE YEAR BAR TO REFILING**

**PLEASE TAKE NOTICE** that the United States Trustee has filed a motion requesting that the above-referenced case be dismissed with a minimum five-year bar to Debtor filing another bankruptcy petition.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the United States Trustee's motion in **Courtroom 1204,** United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia at **1:45 p.m. on November 21, 2019.**

Your rights may be affected by the court's ruling on this motion. You should read this motion carefully and discuss it with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in this motion or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the motion with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you

must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive SW, Atlanta, GA 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: October 21, 2019              NANCY J. GARGULA
                                                        UNITED STATES TRUSTEE
                                                        REGION 21

                                                        By: _____/s/_____
                                                        Lindsay P. S. Kolba
                                                        Georgia Bar No. 541621
                                                        United States Department of Justice
                                                        Office of the United States Trustee
                                                        362 Richard Russell Building
                                                        75 Ted Turner Drive, SW
                                                        Atlanta, Georgia 30303
                                                        (404) 331-4437
                                                        lindsay.p.kolba@usdoj.gov

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| RODNEY A. DANIEL, | : | CASE NO. 19-66519 - LRC |
| | : | |
| DEBTOR. | : | |
| NANCY J. GARGULA, | : | |
| UNITED STATES TRUSTEE, | : | |
| | : | |
| MOVANT, | : | |
| vs. | : | CONTESTED MATTER |
| | : | |
| RODNEY A. DANIEL, | : | |
| | : | |
| RESPONDENT. | : | |

**MOTION TO DISMISS CASE
WITH MINIMUM FIVE YEAR BAR TO REFILING**

COMES NOW Nancy J. Gargula, United States Trustee for Region 21, and respectfully moves this Court to dismiss this case with prejudice pursuant to title 11 U.S.C. §§ 105(a), 349(a) and 1307(c). The United States Trustee contends that Rodney A. Daniel (the "Debtor") has failed to come before this Court for a proper purpose and has engaged in a series of abusive filings. As a result, Debtor should be ineligible to file another bankruptcy proceeding for a period of at least five (5) years. In support of this motion, the United States Trustee shows the Court as follows:

1. On October 15, 2019, Rodney A. Daniel (the "Debtor") commenced this case by filing a voluntary petition for relief under chapter 13 of the United States Bankruptcy Code.

2. The United States Trustee believes that this case is at least the seventh case filed by the Debtor since November 2013. In each of these cases, Debtor made no meaningful attempt to prosecute the cases he filed.

3. The cases filed, and the history of the bankruptcy proceedings are as follows:

| Case No. | Case Name | Date of Filing | Date of Dismissal | Reason for Dismissal |
|---|---|---|---|---|
| 13-74755 | Rodney A. Daniel | 11/12/2013 | 12/02/2013 | Failure to pay filing fee |
| 13-76429 | Rodney Daniel | 12/05/2013 | 01/06/2014 | Failure to correct filing deficiency |
| 14-56706 | Rodney Daniel | 04/01/2014 | 04/17/2014 | Failure to pay filing fee |
| 18-55238 | Rodney A. Daniel and Monique S. Hall *dba* MBP Publication, LLC | 03/28/2018 | 04/13/2018 | Failure to pay filing fee |
| 18-57840 | Rodney Daniel *dba* MBP Publications | 05/08/2018 | 06/04/2018 | Failure to correct filing deficiency |
| 19-54254 | Rodney Daniel *dba* Book Boutique | 03/18/2019 | 04/01/2019 | Failure to file list of creditors |
| 19-66519 | Rodney A. Daniel | 10/15/2019 | Pending | |

4. In addition to the above cases, the following related cases affecting the same or similar property have been filed:

| Case No. | Case Name | Date of Filing | Date of Dismissal | Reason for Dismissal |
|---|---|---|---|---|
| 11-64375 | Monique Shantae Hall | 05/12/2011 | 07/01/2011 | Failure to comply with 11 U.S.C. § 109(h) and 11 U.S.C. § 521 |
| 11-70091 | Monique Shantae Hall | 07/08/2011 | 09/29/2011 | Failure to fund plan |
| 11-83433 | Monique S. Hall | 11/22/2011 | 01/11/2012 | Failure to file creditor matrix |
| 13-65998 | Monique Hall | 07/25/2013 | 08/16/2013 | Failure to correct filing deficiency |
| 13-76427 | Monique S. Hall | 12/05/2013 | 12/26/2013 | Failure to pay filing fee |
| 17-52446 | MBP Publications, LLC | 02/07/2017 | 03/31/2017 | Cause under 11 U.S.C. 707(a) |

| Case No. | Case Name | Date of Filing | Date of Dismissal | Reason for Dismissal |
|---|---|---|---|---|
| 17-57314 | Monique Shantae Hall | 04/24/2017 | 05/26/2017 | Failure to correct filing deficiency |
| 17-60075 | Monique Shantae Hall *aka* MBP Publication | 06/06/2017 | 06/23/2017 | Failure to file list of creditors |
| 17-60408 | MBP Publications, LLC | 06/13/2017 | 07/13/2017 | Cause, with 180 day bar to refiling |
| 18-50873 | MBP Publications | 01/19/2018 | 02/07/2018 | Cause, with 180 day bar to refiling |
| 18-65723 | Book Boutique | 09/19/2018 | 11/13/2018 | Failure to obtain counsel |
| 18-69193 | Book Boutique | 11/14/2018 | 12/28/2018 | Failure to obtain counsel, barred from filing for period of six months |
| 18-71234 | Monique Shantae Hall *dba* Book Boutique | 12/19/2018 | 01/15/2019 | Failure to correct filing deficiency |
| 19-52395 | Monique Shantae Hall *dba* Book Boutique | 02/12/2019 | 03/12/2019 | Failure to correct filing deficiency |
| 19-60064 | Monique S. Hall *dba* Book Boutique *dba* Lil Britchez | 06/28/2019 | 09/25/2019 | Cause, with five year bar to refiling |
| 19-66517 | Book Boutique/Lil Britchez, LLC | 10/15/2019 | Pending | |
| 19-66545 | Books Unlimited, LLC | 10/16/2019 | Pending | |
| 19-66546 | Lil Britchez | 10/16/2019 | Pending | |

5.    Upon information and belief, in the instant case (19-66519) Debtor has failed to file required schedules and statements, a list of creditors, or a certificate of credit counseling.

3

6.      The Debtor's actions demonstrate a scheme to abuse the bankruptcy process. *See Highway 54 Property, LLC v. Boulware-Manigault (In re Boulware-Manigault)*, Case No. 07-67308, 2007 Bankr. LEXIS 2158 (Bankr. N.D. Ga. May 25, 2007) (eight personal cases and single corporate case, which were dismissed for failure to pay fees and other procedural neglect, demonstrated a scheme to abuse the Bankruptcy Code).

7.      The Debtor has repeatedly failed to come before the Court in an honest and truthful manner.  The United States Trustee believes the Debtor filed his cases without the intention of prosecuting said cases.  The Debtor appears to file his cases in order to invoke the automatic stay and then purposefully fails to pay filing fees or file required documents and allows the cases to be dismissed.

8.      Dismissal *with prejudice* is an appropriate remedy for the Debtor's continuing failure to comply with mandatory obligations under the Bankruptcy Code. *See In re Herrera*, 194 B.R. 178 (Bankr. N.D. Ill. 1996); *In re Norton*, 319 B.R. 671 (Bankr. D. Utah 2005); *In re Smart*, 212 B.R. 419 (Bankr. S.D. Ga. 1997).

9.      The Court has the discretion to dismiss a case with prejudice when the Court finds sufficient cause. *See* 11 U.S.C. § 349(a).  Cause can be found when a debtor engages in "egregious behavior that constitutes bad faith and prejudices creditors." *In re Leavitt*, 209 B.R. 935, 939 (9th Cir. BAP 1997).

10.     In this case, the Debtor's conduct constitutes bad faith and his conduct in this case has served to prejudice creditors. *See In re Tomlin*, 105 F.3d 933, 937 (4th Cir. 1997) (noting that concealing information from the court constitutes egregious behavior that constitutes bad faith and prejudices creditors).

4

11.     The basis for a five-year bar to filing any case under title 11 arises when a debtor has filed multiple petitions which were subsequently dismissed when the debtor failed to meet his statutory obligations. *Unifund v. Hughes (In re Hughes)*, Case No. 04-98206, 2007 Bankr. LEXIS 2156, *3 (Bankr. N.D. Ga. May 31, 2007).

12.     As noted by the Second Circuit Court of Appeals, an extended prohibition on refiling under 11 U.S.C. § 105(a) is one of several tools, in addition to §§ 109(g) and 349(a), available to bankruptcy courts to control the pervasive problem of serial filers. *Casse v. Key Bank Nat'l Ass'n (In re Casse)*, 198 F.3d 327, 341 (2d Cir. 1999).

13.     The United States Trustee submits that the record in this case and in the Debtor's prior and related cases demonstrates abuse of the Bankruptcy Code. Debtor has not come before this Court in proper prosecution of the instant case or in any one of the other cases previously filed in this Court.

WHEREFORE, the United States Trustee respectfully requests that this Court dismiss this case and prohibit the Debtor from filing a petition for relief under the Bankruptcy Code for a period of five (5) years from the date of entry of the order.

NANCY J. GARGULA
UNITED STATES TRUSTEE
REGION 21

By:     */s/*
Lindsay P. S. Kolba
Georgia Bar No. 541621
United States Department of Justice
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303
(404) 331-4437
lindsay.p.kolba@usdoj.gov

5

## CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing *Motion to Dismiss Case with Minimum Five Year Bar to Refiling* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following party who has appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

Melissa J. Davey      mail@13trusteeatlanta.com, cdsummary@13trusteeatlanta.com, cdbackup@13trusteeatlanta.com

I further certify that on this day, I caused a copy of this document to be served via United States First Class Mail, with adequate postage prepaid on the following parties at the address shown for each.

Rodney A Daniel
6041 Brooks Mill
Lithonia, GA 30038

                                              */s/*
                                        Lindsay P. S. Kolba
                                        Georgia Bar No.  541621
                                        United States Department of Justice
                                        Office of the United States Trustee
                                        362 Richard B. Russell Building
                                        75 Ted Turner Drive, SW
                                        Atlanta, Georgia 30303
                                        (404) 331-4437, ext. 152
                                        lindsay.p.kolba@usdoj.gov